IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RANDALL LEN BUCK
ADC # 187237                                                                                              PLAINTIFF

v.                               No. 3:25-cv-98-DPM

RONNIE COLE, Sheriff, Clay County;
EMILY BLAND, Administrator, Clay
County Jail; and DOES, Doctor Darrell
& Nurse Dora, Clay County Jail                                                              DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Buck hasn't filed an amended complaint, and the time to do so has passed. *Doc. 4 at 4.* His mail is also being returned as undeliverable. *Doc. 5 & 6.* His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2025