IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RANDALL LEN BUCK
ADC # 187237                                                              PLAINTIFF

v.                          No. 3:25-cv-98-DPM

RONNIE COLE, Sheriff, Clay County;
EMILY BLAND, Administrator, Clay
County Jail; and DOES, Doctor Darrell
& Nurse Dora, Clay County Jail                                   DEFENDANTS

## JUDGMENT

Buck's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2025